

Thursday, March 31, 2011

No. 11–0366/NA. U.S. v. Kenneth R. Ritland. CCA 201000567. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0143/AR. U.S. v. Aaron R. Stanley. CCA 20050703. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE'S INSTRUCTIONS ON SELF-DEFENSE WERE INCORRECT AND INCOMPLETE, AND IF SO, WHETHER THE LOWER COURT ERRED IN CONCLUDING THAT THIS CONSTITUTED HARMLESS ERROR.

Briefs will be filed under Rule 25.

---

* It is directed that the promulgating order be corrected to reflect the date the sentence was adjudged.